# 421561

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-0002 ADM/AJB Case Title: Omolara, Marshal (Plaintiff) vs. Conco

### Affidavit of Movant

I, Kathryn Hipp Carlson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice, an attorney admitted to practice in the United States District of Minnesota, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Benchmark Healthcare of Min in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 242020 MN Attorney License # — 1-22-02 Date

### Affidavit of Proposed Admittee

I, Tracey L. Truesdale, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Tracey L. Truesdale Type/Print Name — [signature] Signature — 01/21/02 Date

Attorney License Number: ~~242020~~ 37974

Law Firm Name & Address: ~~Miller & Hipp, PLLP~~ Odelree, Deakins, Nash, et al

~~111 Third Avenue, South, Suite 240~~ Two First National Plaza, Suite 2500

~~Minneapolis, MN 55401~~ Chicago, IL

Telephone: ~~(612) 333-8600~~ 312. 558. 1220

Motion Granted: [signature] — JAN 23 2002 Date

For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______