UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Omolara, Marshal

Plaintiff,

v.

Concordia Care Center,

Defendant.

**Case File No. 02-CV-0002 ADM/AJB**

**STIPULATION OF THE PARTIES AND ORDER TO AMEND PRETRIAL SCHEDULE ORDER**

The parties, by and through their counsel of record, hereby stipulate, agree and jointly move the Court to amend the Court's Pretrial Scheduling order as follows:

That the date for taking deposition of Ms. Carol Brown and Ms. Lilian Gatien shall be extended to November 6, 2002.

**OBASI LAW OFFICE**

Dated: October 26, 2002

Christopher O. Obasi, #296223
5740 Brooklyn Boulevard
Brooklyn Center, MN 55429
(763) 560-8417
Fax (763) 560-8420

Attorney for the Plaintiff

OCT 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 22 2002

Tracey L. Truesdale Id. # 06207891
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-fifth Floor
Chicago, Illinois 60603

PH: (312) 558-1220
Fx: (312) 807-3619

Attorney for defendant

**IT SO ORDERED**

That the date for taking deposition of Ms. Carol Brown and Ms. Lilian Gatien shall be extended to November 6, 2002.

Date: 10/30, 2002

By: ____________________
The Honorable Arthur J. Boylan
United States Magistrate Judge