**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Omolara, Marshal,**

**Plaintiff,**

**vs.**

**Concordia Care Center,**

**Defendant.**

**Case File No. 02-CV-0002 ADM/AJB**

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS CAUSE COMING TO BE HEARD on the parties' Stipulation to Dismiss with prejudice, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be dismissed in full, with prejudice, and with each party to bear its own costs, all matters in controversy having been fully settled and compromised between and among the parties.

DATE: January 23, 2003

ENTER:

ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT JUDGE

ORDER PREPARED BY:

Tracey L. Truesdale (IL ARDC No. 06207891)
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
Two First National Plaza, 25th Floor
Chicago, Illinois 60603-1891
(312) 558-1220

Dated: January 16, 2003

*S:\CLIENT\001210\36\PLEADINGS\DISMISSAL ORDER.DOC*

FILED JAN 2 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Omolara, Marshal,**

**Plaintiff,**

**vs.**

**Concordia Care Center,**

**Defendant.**

**Case File No. 02-CV-0002 ADM/AJB**

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff OMOLARA MARSHALL and Defendant BENCHMARK HEALTHCARE OF MINNEAPOLIS, INC., by and through their respective attorneys, that this case be dismissed in full, with prejudice, and with each party to bear its own costs, all matters in controversy having been fully settled and comprised between and among the parties.

OBASI LAW OFFICE

Attorneys for Plaintiff
OMOLARA MARSHALL

Christopher O. Obasi
Obasi Law Office
5740 Brooklyn Boulevard
Suite 220
Brooklyn Center, MN 55429
(763) 560-8417

OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.

Attorneys for Defendant BENCHMARK
HEALTHCARE OF MINNEAPOLIS, INC.

Tracey L. Truesdale (IL ARDC No. 06207891)
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
25th Floor, Two First National Plaza
Chicago, Illinois 60603
(312) 558-1220

Dated: January 17, 2003

*S:\CLIENT\001210\36\PLEADINGS\STIPULATIONDISMISSAL.DOC*

JAN 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK